IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **LSE R&D ENGINEERING LLC**, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> § <br> **DAVID LISCH**, *et al.*, § <br> § <br> Defendants. § | Civil Action No. 4:25-cv-00118-O-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing *de novo* all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 107) and Plaintiff's Objection (ECF No. 111), in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Partial Summary Judgment (ECF No. 59) and Motion for Leave to File Partial Summary Judgment (ECF No. 80) are **DENIED without prejudice** to Plaintiff's right to refile a single motion for summary judgment after discovery closes in the form that the Federal Rules of Civil Procedure and the Court's Local Civil Rules require.

**SO ORDERED** on this **24th day** of **November, 2025**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**