**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LSE R&D ENGINEERING LLC,** *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-cv-00118-O-BP** |
| | § | |
| | § | |
| **DAVID LISCH,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Chief United States District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** the Defendant's Motion to Dismiss (ECF No. 145) is **GRANTED**, Plaintiff's Motion for Leave to File Fourth Amendment Complaint (ECF No. 148) is **DENIED**, and Plaintiff's claims are **DISMISSED** without prejudice.

**SO ORDERED** this **27th day** of **March, 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**